# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO. 4:16-cr-00117-ALM-BD |
| § | |
| DONYA CHAVETTE BRAXTON (2) § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 171 (sealed).

### PROCEDURAL HISTORY

In July 2017, United States District Judge Amos L. Mazzant sentenced defendant Donya Chavette Braxton to 60 months of imprisonment followed by four years of supervised release. Dkt. 103 at 2–3 (sealed). Braxton's term of supervised release commenced on March 12, 2021. Dkt. 171 at 1 (sealed).

In October 2024, a probation officer petitioned the court for a warrant, alleging that Braxton had committed four violations of the conditions of her supervised release. Dkt. 171 (sealed). Those allegations were that Braxton had violated the conditions of supervision that required her to: (a)–(b) not commit another federal, state, or local crime; (c) notify the probation officer if she was arrested or questioned by any law-enforcement officer; and (d) notify the probation officer of any changes to her employment status. Dkt. 171 at 1–3 (sealed).

In support of those allegations, the petition asserted that, in September 2024, Braxton was convicted in Lamar County of aggravated assault with a deadly weapon and theft. Dkt. 171 at 1–2 (sealed). The petition also asserted that Braxton failed to report that she had been questioned by law enforcement and that she no longer worked at Family Dollar. Dkt. 171 at 3 (sealed).

A final revocation hearing was held before me on November 21, 2024. Minute Entry for Nov. 21, 2024. Braxton pleaded true to all four allegations. *Id.* She also consented to revocation of her

supervised release and waived her right to object to my proposed findings and recommendations. *Id.*; Dkt. 182. The government requested a sentence of 17 months imprisonment with no supervised release to follow, which is within the federal sentencing guidelines; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Braxton's supervised release be revoked based on allegations one, two, three, and four in the petition, Dkt. 171 (sealed); (2) Braxton be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 17 months, to run concurrently with the sentences imposed in Lamar County criminal cases 30521 and 30595, with no supervised release to follow; and (3) Braxton be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 2nd day of December, 2024.

Bill Davis
United States Magistrate Judge