# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | § CRIMINAL NO. 4:16-cr-00117-ALM-BD <br> § |
| DONYA CHAVETTE BRAXTON (2) | § <br> § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #183) that, based on allegations one, two, three, and four of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seventeen (17) months, to run concurrently with the sentences imposed in Lamar County criminal cases 30521 and 30595, with no supervised release to follow; and that Defendant be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of her right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #182), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term seventeen (17) months, to run concurrently with the sentences imposed in Lamar County criminal cases 30521 and 30595, with no supervised release

to follow; and the Court hereby recommends Defendant be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

**IT IS SO ORDERED.**

SIGNED this 2nd day of December, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE